302 N.Y. 795 (1951)
Matthew B. Clark, Jr., an Infant, by Matthew B. Clark, Sr., His Guardian ad Litem, Appellant,
v.
State of New York, Respondent. (Claim No. 28415.)
Matthew B. Clark, Sr., Appellant,
v.
State of New York, Respondent. (Claim No. 28420.)
Court of Appeals of the State of New York.
Argued April 6, 1951.
Decided May 17, 1951
C. E. Fitzgerald for appellants.
Nathaniel L. Goldstein, Attorney-General (John R. Davison, Wendell P. Brown and Ronald E. Coleman of counsel), for respondent.
Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.
Judgments affirmed, with costs; no opinion.